1  Donald L. Ridge (SBN 132171)
   **MORRIS, POLICH & PURDY LLP**
2  1055 West Seventh Street, Suite 2400
   Los Angeles, California 90017
3  Telephone:  (213) 891-9100
   Facsimile:  (213) 488-1178
4  *Email: dridge@mpplaw.com*

FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

5  Douglas A. Rettew (*Pro Hac Vice* application in process)
   Mark Sommers (*Pro Hac Vice* application in process)
6  Anna Balishina Naydonov (*Pro Hac Vice* application in process)
   **FINNEGAN, HENDERSON, FARABOW,**
7     **GARRETT & DUNNER, L.L.P.**
   901 New York Avenue, N.W.
8  Washington, DC  20001
   Telephone:  (202) 408.4000
9  Facsimile:  (202) 408.4400
   *Email:  doug.rettew@finnegan.com*
10 *Email:  mark.sommers@finnegan.com*
   *Email:  anna.balishina@finnegan.com*
11
   Nathan Siegel (*Pro Hac Vice* application in  process)
12 **LEVINE SULLIVAN KOCH & SCHULZ, LLP**
   1899 L Street, NW, Suite 200
13 Washington, DC 20036
   (202) 508-1184
14 (202) 861-9888

15 Attorneys for AbbVie Inc.

16      **UNITED STATES DISTRICT COURT**

17      **CENTRAL DISTRICT OF CALIFORNIA**

18

19 ABBVIE INC. a Delaware corporation,          Case No. **CV13-08554 -CBM (VBK)**

20          Plaintiff,                          **COMPLAINT FOR FEDERAL**
                                                **TRADEMARK INFRINGEMENT,**
21          v.                                  **DILUTION, AND UNFAIR**
                                                **COMPETITION**
22 A-LIST, INC. dba KITSON, a
   California corporation, BRIAN
23 LICHTENBERG, LLC, a California
   limited liability company, and BRIAN
24 LICHTENBERG, an individual,

25          Defendants.

26

27      Plaintiff AbbVie Inc. ("AbbVie"), by its undersigned attorneys, alleges as

28 follows, upon actual knowledge with respect to itself and its own acts, and upon

1  information and belief as to all other matters:

2  ## NATURE OF THE ACTION

3  1.  This is a civil action for trademark infringement, trademark dilution,
4  and unfair competition arising under federal law. AbbVie brings this action against
5  clothing retailer A-List, Inc. dba Kitson ("Kitson") and clothing designer Brian
6  Lichtenberg and his company Brian Lichtenberg LLC (individually and collectively
7  "Lichtenberg").

8  2.  Defendants are promoting and selling a "designer drug" apparel
9  collection consisting of a line of two different types of t-shirts and sweatshirts that
10  resemble sports jerseys. One type prominently bears AbbVie's well-known, famous
11  pharmaceutical trademark VICODIN® on the back and over a number, where a
12  player's name normally appears. Defendants have violated AbbVie's federally
13  registered trademark rights and have misappropriated AbbVie's hard-earned
14  reputation and goodwill for their own gain. Like AbbVie, the public is being
15  immeasurably harmed. This harm is especially acute for those influenced by fashion
16  trends promoted through trendsetting retailers like Kitson, as they will be lead to
17  believe that AbbVie thinks popping VICODIN is a cool, "in" thing to do. And those
18  inevitable consequences are irreversible. To prevent further irreparable harm to the
19  public and itself, AbbVie seeks prompt preliminary and permanent injunctive relief,
20  along with an appropriate monetary award, which AbbVie pledges to donate in its
21  entirety to prescription drug abuse outreach and educational programs.

22  ## THE PARTIES

23  3.  Plaintiff AbbVie Inc. is a Delaware corporation with a principal place
24  of business at 1 North Waukegan Road, North Chicago, IL 60064.

25  4.  Defendant A-List, Inc., dba Kitson, is a California corporation, with a
26  principal place of business at 8687 Melrose Ave., Suite G692, West Hollywood, CA
27  90069-5742.

28  5.  Defendant Brian Lichtenberg, LLC is a California limited liability

2

1  company with a principal place of business at 825 Silver Lake Boulevard, Los
2  Angeles, California 90026.

3      6.      Defendant Brian Lichtenberg is an individual residing at 4429
4  Conquista Ave., Lakewood, California 90713.

## JURISDICTION AND VENUE

6      7.      This action arises under the federal Trademark Act, 15 U.S.C. §§ 1051,
7  et seq.

8      8.      This Court has jurisdiction over the subject matter of this action
9  pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a)-(b). This Court
10 also has diversity jurisdiction under 28 U.S.C. § 1332 because AbbVie and
11 Defendants reside in different states, namely, Illinois and California, respectively,
12 and the amount in controversy exceeds $75,000 exclusive of interest and costs. This
13 court has personal jurisdiction over Defendants, and venue is proper in the Central
14 District of California pursuant to 28 U.S.C. §§ 1391(b) and (c). Defendants reside
15 and are doing business in this District, and a substantial portion of Defendants'
16 unlawful activities has taken place in this District.

## ABBVIE AND ITS FAMOUS VICODIN BRAND

18     9.      AbbVie is a global research-based biopharmaceutical company.  A
19 trusted leader in innovative healthcare solutions, AbbVie is known for its work with
20 neuroscience, hepatitis C (HCV), immunology, oncology, renal disease, and
21 women's health.

22     10.     AbbVie is committed to developing new medicines and conducting
23 clinical trials in important therapeutic areas, such as cancer, acute kidney disease,
24 and immunological disorders. For example, AbbVie's oncology clinical trials are
25 targeted at fifteen different cancers and tumor types, including some of the most
26 widespread and challenging cancers, such as multiple myeloma and chronic
27 lymphocytic leukemia.

28     11.     In the neuroscience field, AbbVie is a leader in developing innovative

3

1 drugs for diseases that afflict the everyday lives of millions of people worldwide,
2 including chronic pain, schizophrenia, Alzheimer's disease, Parkinson's disease, and
3 multiple sclerosis.

4     12.   In 2001, AbbVie's predecessor-in-interest Abbott Laboratories
5 acquired a pain medicine sold under the brand name VICODIN as part of the
6 acquisition of Knoll Pharmaceuticals. First released in 1978, VICODIN was a
7 significant advancement in the field of pain management and soon became one of the
8 most recognized and trusted narcotic analgesics, if not one of the most recognized
9 pharmaceutical products generally, in the world.

10     13.   Each year, VICODIN provides relief for moderate to severe pain post-
11 surgery or trauma, such as bone fractures, to tens of millions of people in the U.S.
12 alone. In fact, over *130 million* prescriptions for VICODIN are dispensed annually
13 — more than any other pharmaceutical in the U.S.

14     14.   Since its launch, billions of dollars of VICODIN have been sold. And
15 millions of dollars have been spent promoting VICODIN to healthcare providers
16 (and for related education on the drug). At the same time, AbbVie has always
17 purposefully avoided all direct-to-consumer advertising for its VICODIN product.

18     15.   AbbVie owns valid, subsisting, and incontestable federal trademark
19 registrations for its VICODIN mark, the details of which appear below:

20

| Mark | Reg. No./ Reg. Date | Goods |
|------|---------------------|-------|
| VICODIN | 1107737 December 5, 1978 | Narcotic analgesic combination. |
| VICODIN ES | 1399182 July 1, 1986 | Pharmaceutical preparation, namely, an analgesic. |
| VICODIN HP | 2117971 December 2, 1997 | Oral analgesics. |

27 (Printouts of these registrations from the United States Patent and Trademark Office
28 online database are attached as Exhibit A.)

4

16.  AbbVie's registrations for its VICODIN mark constitute conclusive evidence of the validity of that mark, of AbbVie's ownership of that mark, and AbbVie's exclusive right to use that mark.

17.  As a result of its long-standing, continuous use for over three decades, billions of dollars in sales, and widespread unsolicited media attention, VICODIN has become a well-known and famous trademark.

## ABBVIE'S EFFORTS TO PROMOTE
## RESPONSIBLE USE OF VICODIN AND OTHER DRUGS

18.  As with any prescription drug, and especially a narcotic analgesic, VICODIN presents serious health risks if abused. As such, AbbVie controls the manner in which its VICODIN brand and product are used and promoted. Because VICODIN is a Schedule III controlled medicine, all promotional outreach is targeted strictly at those healthcare professionals who prescribe VICODIN for the appropriate medical conditions.

19.  AbbVie intentionally avoids *any* direct consumer marketing of the VICODIN brand, except for an educational webpage that provides product information and facts for patients (as well as healthcare providers). More than half of that page is dedicated to providing critical facts about safety, proper use, and potential risks.

20.  Over the years, AbbVie has invested significant resources into promoting safe and responsible prescription drug use, including VICODIN in particular.

21.  In 2008, as part of its broad community outreach aimed at curbing prescription drug abuse, AbbVie's predecessor—together with Partnership for a Drug Free America—developed, funded, and implemented a nationwide "NOT IN MY HOUSE®" public awareness campaign educating parents on prevention of teen prescription drug abuse. Among other measures, the campaign's notinmyhouse.drugfree.org website provides parents with practical tips and steps on

5

1 how to help keep teenagers safe. Since its introduction, the "NOT IN MY HOUSE"
2 public awareness and educational campaign has received nationwide praise and
3 media attention.

4      22.      AbbVie has also been involved with a variety of organizations and
5 initiatives that promote responsible use of drugs, like VICODIN, including the
6 *National Rx Drug Abuse Summit, FDA Advisory Board: Hydrocodone Scheduling,*
7 *National Association of State Controlled Substances, Center for Lawful Access and*
8 *Abuse Deterrence, American Chronic Pain Association*, and others.

9                    **DEFENDANTS AND THEIR WRONGFUL ACTS**

10      23.      Lichtenberg designs and sells apparel and footwear targeted primarily
11 at young adults. Kitson is a Los Angeles-based clothing retail chain that promotes
12 and sells Lichtenberg's products (along with many other products designed by
13 others).

14      24.      In late August 2013, Defendants launched a "designer drug" apparel
15 collection consisting of a line of three different types of t-shirts and sweatshirts that
16 resemble sports jerseys.   One of them conspicuously and prominently bears
17 AbbVie's VICODIN trademark (the other bears the pharmaceutical drug brand

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  XANAX) across the back and over a number, where a player's name normally
2  appears:







25.   As shown above, the fronts of the infringing VICODIN-branded t-shirts and sweatshirts displays the mark BRIx with the registered trademark symbol "®", and the inner back neck tag bears the trademark BLTEE BRIAN LICHTENBERG. The branding reveals Defendant Lichtenberg as the designer of the infringing products at issue.

///
///
///
///
///
///
///
///
///
///

8

26. Defendants sell their "designer drug" apparel in Kitson's retail stores. As shown below, Kitson's storefront window display has prominently featured this line of clothing, along with the promotional slogan "JUST WHAT THE DOCTOR ORDERED":



27. Defendants also promote and sell their "designer drug" apparel through Kitson's website located at www.shopkitson.com. True and correct screenshots from Kitson's website are attached as Exhibit B.

28. Defendants did not obtain AbbVie's consent or approval to use AbbVie's federally-registered VICODIN trademark. Knowing that their products bearing the VICODIN trademark violate AbbVie's rights, Defendants have acted willfully, maliciously, wantonly, fraudulently, in reckless disregard of the truth, and in bad faith.

## INJURY TO ABBVIE AND THE PUBLIC

29. The harm to AbbVie and the public is egregious and acute, as Defendants' "designer drug" apparel is likely to confuse the public into believing that AbbVie is capitalizing on prescription drug abuse—behavior that tragically claims the lives of thousands annually. This is especially harmful given AbbVie's

1  efforts to educate the public about responsible pharmaceutical use for their limited
2  and intended purpose.

3      30.   Every day Defendants' infringing products remain in the market, the
4  public stands to be misguided into hazardously believing that AbbVie thinks popping
5  VICODIN is trendy or cool. Such a result literally threats life through prescription
6  drug abuse.

7      31.   Defendants' actions have confused and deceived and are likely to cause
8  confusion, mistake, and deception as to the source or origin of Defendants'
9  infringing products, and are likely to falsely suggest a sponsorship, connection,
10 license, or association between Defendants and/or their products with AbbVie,
11 thereby injuring AbbVie and the public.

12     32.   Defendants' acts have diluted and will continue to dilute the
13 distinctiveness and tarnish AbbVie's famous VICODIN trademark, causing injury to
14 the reputation and good will of AbbVie and its VICODIN mark.

15     33.   Defendants' activities have caused, and unless immediately enjoined
16 will continue to cause, irreparable harm to AbbVie and its famous VICODIN mark.

17     34.   Defendants' activities have caused, and unless immediately enjoined
18 will continue to cause, irreparable harm to both AbbVie and consumers, who have an
19 interest in being free from confusion, mistake, and deception.

20     35.   AbbVie has suffered actual damages to be proven at trial.

21     36.   AbbVie has no adequate remedy at law.

22              **FIRST CLAIM FOR RELIEF**

23           **Federal Trademark Infringement under**

24      **Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)**

25     37.   AbbVie repeats and realleges each and every allegation set forth in
26 paragraphs 1 through 36 of this Complaint.

27     38.   Defendants are using in commerce AbbVie's registered VICODIN
28 trademark in connection with the sale, offer for sale, distribution, and advertising of

1  goods in a manner that is likely to cause confusion, or to cause mistake, or to
2  deceive, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

3  ## SECOND CLAIM FOR RELIEF

4  ## Federal Trademark Infringement, False Designation of Origin,

5  ## Passing Off, and Unfair Competition under

6  ## Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)

7      39.   AbbVie repeats and realleges each and every allegation set forth in
8  paragraphs 1 through 38 of this Complaint.

9      40.   Defendants are using in commerce a word, term, name, and false
10  designation of origin that, in connection with its commercial activities, is likely to
11  cause confusion, or to cause mistake, or to deceive as to the affiliation, connection,
12  or association of Defendants with AbbVie, or as to the origin, sponsorship, or
13  approval of Defendants, their products, and their commercial activities by or with
14  AbbVie, in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C.
15  § 1125(a)(1)(A).

16  ## THIRD CLAIM FOR RELIEF

17  ## Federal Trademark Dilution under

18  ## Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)

19      41.   AbbVie repeats and realleges each and every allegation set forth in
20  Paragraphs 1 through 40 of this Complaint.

21      42.   Based on the inherent distinctiveness and federal registration of
22  AbbVie's VICODIN mark, and the long, extensive, and exclusive nationwide use
23  and recognition of the VICODIN mark among the general consuming public, the
24  VICODIN mark is famous, as that term is used in 15 U.S.C. § 1125(c), and was
25  famous before Defendants' use of the identical VICODIN mark on their products.

26      43.   Defendants' actions, as described above, have diluted and are likely to
27  further dilute and tarnish AbbVie's famous and well-known VICODIN mark, in
28  violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

1

## **PRAYER FOR RELIEF**

2     AbbVie requests that this Court enter judgment in its favor on each and every
3   claim for relief set forth above and award it relief including, but not limited to, the
4   following:

5     A.     An Order holding that Defendants' actions described above infringe
6   and dilute AbbVie's famous and well-known VICODIN trademark, and that
7   Defendants' actions thus constitute federal trademark infringement, trademark
8   dilution, and unfair competition as detailed above.

9     B.     An Order preliminarily and permanently enjoining Defendants, their
10  employees, agents, officers, directors, shareholders, subsidiaries, related companies,
11  affiliates, distributors, dealers, and all persons in active concert or participation with
12  any of them:

13           (1)    From using the VICODIN mark, or any other trademarks, trade
14                  names, logos, and other names or identifiers that are confusingly
15                  similar to or dilutive of the VICODIN mark, in any manner or
16                  form, with any products or services.

17           (2)    From representing or suggesting, by any means whatsoever,
18                  directly or indirectly, that Defendants, any products offered by
19                  Defendants, or any activities undertaken by Defendants, are
20                  sponsored or approved by, or are associated, affiliated, or
21                  connected with AbbVie in any way.

22    C.     An Order requiring Defendants to deliver for destruction all products
23  and associated materials containing or referring to the infringing/diluting marks,
24  including but not limited to all products, tags, signage, displays, and/or packaging in
25  their possession, custody, or control, or in the possession, custody, or control of any
26  of their agents or representatives.

27    D.     An Order requiring Defendants to deliver for destruction all
28  advertisements, promotional materials, labels, signs, pictures, and any other materials

12

1  containing infringing/diluting marks in their possession, custody, or control, or in the

2  possession, custody, or control of any of their agents or representatives.

3       E.    An Order directing Defendants to disclose all retailers and/or resellers

4  to whom Defendants distributed or sold the infringing product.

5       F.    An Order directing Defendants to file with this Court and serve on

6  AbbVie's attorneys, within thirty (30) days after the date of entry of any injunction, a

7  report in writing and under oath setting forth in detail the manner and form in which

8  they have complied with this injunction.

9       G.    An Order requiring Defendants to account for and pay to AbbVie any

10  and all profits arising from Defendants' unlawful acts and that such profits be

11  increased in accordance with 15 U.S.C. § 1117 and other applicable laws.

12       H.    An Order requiring Defendants to pay AbbVie damages in an amount

13  to be determined, and that such damages be trebled in accordance with 15 U.S.C.

14  § 1117 and other applicable laws.

15       I.    An Order requiring Defendants to pay AbbVie its costs and attorneys'

16  fees in this action pursuant to 15 U.S.C. § 1117 and other applicable laws.

17       J.    Any such other relief as the Court may deem appropriate.

18  Dated: November 19, 2013       **MORRIS POLICH & PURDY LLP**

19

20                   By:

21                         Donald L. Ridge

22           **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
Douglas A. Rettew (*Pro Hac Vice* in process)

23           Mark Sommers (*Pro Hac Vice* in process)
Anna Balishina Naydonov (*Pro Hac Vice* in

24           process)

25           **LEVINE SULLIVAN KOCH & SCHULZ, LLP**

26           Nathan Siegel (*Pro Hac Vice* in process)

27           Attorneys for AbbVie Inc.

28

**Exhibit A**



**United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Nov 11 03:10:26 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | VICODIN |
| **Goods and Services** | IC 005. US 018. G & S: NARCOTIC ANALGESIC COMBINATION. FIRST USE: 19780130. FIRST USE IN COMMERCE: 19780130 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73169339 |
| **Filing Date** | May 8, 1978 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1107737 |
| **Registration Date** | December 5, 1978 |
| **Owner** | (REGISTRANT) KNOLL PHARMACEUTICAL COMPANY CORPORATION NEW JERSEY 30 N.JEFFERSON ROAD WHIPPANY NEW JERSEY 07981 |
| | (LAST LISTED OWNER) ABBVIE INC. CORPORATION DELAWARE 1 N. WAUKEGAN ROAD DEPT. V377, BLDG. AP34 NORTH CHICAGO ILLINOIS 60064 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cheryl A. Withycombe |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20081211. |
| **Renewal** | 2ND RENEWAL 20081211 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Nov 11 03:10:26 EST 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | VICODIN ES |
| **Goods and Services** | IC 005. US 018. G & S: PHARMACEUTICAL PREPARATION, NAMELY, AN ANALGESIC. FIRST USE: 19851024. FIRST USE IN COMMERCE: 19851024 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73569179 |
| **Filing Date** | November 18, 1985 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 8, 1986 |
| **Registration Number** | 1399182 |
| **Registration Date** | July 1, 1986 |
| **Owner** | (REGISTRANT) KNOLL PHARMACEUTICAL COMPANY CORPORATION NEW JERSEY 30 NORTH JEFFERSON ROAD WHIPPANY NEW JERSEY 07981 |
| | (LAST LISTED OWNER) ABBVIE INC. CORPORATION DELAWARE 1 N. WAUKEGAN ROAD DEPT. V377, BLDG. AP34 NORTH CHICAGO ILLINOIS 60064 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cheryl A. Withycombe |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060929. |
| **Renewal** | 1ST RENEWAL 20060929 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A - Page 15



**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Nov 11 03:10:26 EST 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    ( *Use the "Back" button of the Internet Browser to return* to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | VICODIN HP |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: oral analgesics. FIRST USE: 19961115. FIRST USE IN COMMERCE: 19961115 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75207750 |
| **Filing Date** | December 4, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 9, 1997 |
| **Registration Number** | 2117971 |
| **Registration Date** | December 2, 1997 |
| **Owner** | (REGISTRANT) Knoll Pharmaceutical Company CORPORATION NEW JERSEY 3000 Continental Drive North Mount Olive NEW JERSEY 078281234 |
| | (LAST LISTED OWNER) ABBVIE INC. CORPORATION DELAWARE 1 N. WAUKEGAN ROAD DEPT. V377, BLDG. AP34 NORTH CHICAGO ILLINOIS 60064 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cheryl A. Withycombe |
| **Prior Registrations** | 1107737;1399182;1847549 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071119. |
| **Renewal** | 1ST RENEWAL 20071119 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

**Exhibit B**

# kitson

WHAT'S NEW    WOMEN    MEN    KIDS & BABIES    BEAUTY & FRAGRANCE    BOOKS    GIFTS & NOVELTIES    KITSON MERCHANDISE    SALE

SIGN UP FOR EMAIL

## SEARCH RESULTS

Displaying results for

(4 products found)



Women's White/Black Vicodin Tee

$58.00

Men's White/Black Vicodin Tee

$58.00

Men's Black/White Vicodin Swe...

$98.00

Women's Black/White Vicodin S...

$98.00

Kitson is neither affiliated or associated in any manner whatsoever with Cira Poone Spa, the manufacturer of men suits and apparel bearing the Kiton label. You may visit the Cira Poone website at http://www.kiton.it in order to view Kiton apparel. Kiton manufactures and/or licenses its own branded apparel and accessories under the Kiton LA label.

# kitson

FREE GROUND SHIPPING ON ORDERS OVER $100

MY ACCOUNT   MY BAG (0)

WHAT'S NEW   WOMEN   MEN   KIDS & BABIES   BEAUTY & FRAGRANCE   BOOKS   GIFTS & NOVELTIES   KITSON MERCHANDISE   **SALE**

SIGN UP FOR EMAIL

HOME / MEN / JACKETS & HOODIES / MEN'S BLACK/WHITE VICODIN SWEATSHIRT



Roll Over For Close Up

Brian Lichtenberg – Men's Black/White Vicodin Sweatshirt
$98.00
SKU: 084366

SIZE

QUANTITY   1

ADD TO CART

Share This On Twitter          Share This On Facebook

DETAILS          DESIGNER          CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctor's orders.
Printed
100% cotton
Made in USA



YOU MAY ALSO LIKE

      

Kitson is neither affiliated or associated in any manner whatsoever with the Poone Spa. The manufacturer of men suits and apparel bearing the kitson label. You may visit the Cho Poone website or http://www.kitson.ls order to view kitson apparel. Kitson manufactures and/or licenses its own branding apparel and accessories under the Kitson LA label.

# kitson

FREE GROUND SHIPPING ON ORDERS OVER $100

A ACCOUNT   MY BAG (0)

WHAT'S NEW   WOMEN   MEN   KIDS & BABIES   BEAUTY & FRAGRANCE   BOOKS   GIFTS & NOVELTIES   KITSON MERCHANDISE   SALE

HOME / MEN / JACKETS & HOODIES / MEN'S BLACK/WHITE VICODIN SWEATSHIRT



Roll Over For Close Up

Brian Lichtenberg - Men's Black/White Vicodin Sweatshirt
$98.00
SKU: 084366

SIZE

QUANTITY   1

**ADD TO CART**

DETAILS   DESIGNER   CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
100% cotton
Made in USA

 

YOU MAY ALSO LIKE

      

# kitson

FREE GROUND SHIPPING ON ORDERS OVER $100

MY ACCOUNT    MY BAG (0)

WHAT'S NEW    WOMEN    MEN    KIDS & BABIES    BEAUTY & FRAGRANCE    BOOKS    GIFTS & NOVELTIES    KITSON MERCHANDISE    SALE

SIGN UP FOR EMAIL

HOME / MEN / TEES & TANKS / MEN'S WHITE/BLACK VICODIN TEE





Roll Over For Close Up

Brian Lichtenberg  -  Men's White/Black Vicodin Tee
$58.00
SKU: 084347

SIZE

QUANTITY   1

ADD TO CART

DETAILS          DESIGNER          CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
Crewneck
100% cotton
Made in USA

  

YOU MAY ALSO LIKE

            

# kitson

FREE GROUND SHIPPING ON ORDERS OVER $100

MY ACCOUNT   MY BAG [0]

WHAT'S NEW    WOMEN    MEN    KIDS & BABIES    BEAUTY & FRAGRANCE    BOOKS    GIFTS & NOVELTIES    KITSON MERCHANDISE    **SALE**

SIGN UP FOR EMAIL

HOME / MEN / TEES & TANKS / MEN'S WHITE/BLACK VICODIN TEE








Roll Over For Close Up

Brian Lichtenberg  -  Men's White/Black Vicodin Tee
$58.00
SKU: 084347

SIZE

QUANTITY   1

**ADD TO CART**

Share this on Twitter    |    Share this on Facebook

DETAILS          DESIGNER          CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
Crewneck
100% cotton
Made in USA

YOU MAY ALSO LIKE









Kitson is neither affiliated or associated in any manner whatsoever with Or's Fagrie Spa, the manufacturer of men suits and apparel bearing the Kitson label. You may visit the Orls Faarie website at http://www.kitsml in order to view Kitson apparel. Kitson manufactures and/or provides its own branded apparel and accessories under the Kitson LA label.

# kitson

WHAT'S NEW    WOMEN    MEN    KIDS & BABIES    BEAUTY & FRAGRANCE    BOOKS    GIFTS & NOVELTIES    KITSON MERCHANDISE    SALE

SIGN UP FOR EMAIL

HOME  /  WOMEN  /  JACKETS & HOODIES  /  WOMEN'S BLACK/WHITE VICODIN SWEATSHIRT



Brian Lichtenberg  -  Women's Black/White Vicodin Sweatshirt
$98.00
SKU: 084366

SIZE

QUANTITY   1

ADD TO CART

Share this on Twitter       Share this on Facebook

DETAILS          DESIGNER          CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
100% cotton
Made in USA

Roll Over For Close Up



YOU MAY ALSO LIKE

  

ABOUT    CUSTOMER SERVICE    STORE LOCATIONS    PRIVACY POLICY    CAREERS

© 2012 KITSON. ALL RIGHTS RESERVED

Kitson is neither affiliated or associated in any manner whatsoever with Cira Phone Spa, the manufacturer of this safe and apparel bearing the Kitson label. You may visit the Cira Phone website at http://www.kitson.la in order to view Kitson apparel. Kitson manufactures and/or licenses its own branded apparel and accessories under the Kitson LA label.

# kitson

FREE GROUND SHIPPING ON ORDERS OVER $100

MY ACCOUNT   MY BAG (0)

WHAT'S NEW    WOMEN    MEN    KIDS & BABIES    BEAUTY & FRAGRANCE    BOOKS    GIFTS & NOVELTIES    KITSON MERCHANDISE    SALE

HOME / WOMEN / JACKETS & HOODIES / WOMEN'S BLACK/WHITE VICODIN SWEATSHIRT

Brian Lichtenberg – Women's Black/White Vicodin Sweatshirt
$98.00
SKU 084365

SIZE

QUANTITY    1

**ADD TO CART**

Share this on twitter        Share this on facebook

DETAILS        DESIGNER        CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
100% cotton
Made in USA

Roll Over For Close Up

YOU MAY ALSO LIKE






Kitson is neither affiliated or associated in any manner whatsoever with Cifa Fossa Spa, the manufacturer of men's and apparel bearing the Kiton label. You may visit the Cifa Fossa website at http://www.kiton.it in order to view Kiton apparel. Kitson manufactures and/or carries its own branded apparel and accessories under the Kitson LA label.

Exhibit B – Page 23

# kitson

WHAT'S NEW   WOMEN   MEN   KIDS & BABIES   BEAUTY & FRAGRANCE   BOOKS   GIFTS & NOVELTIES   KITSON MERCHANDISE   SALE

SIGN UP FOR EMAIL

HOME / WOMEN / JACKETS & HOODIES / WOMEN'S BLACK/WHITE VICODIN SWEATSHIRT



Roll Over For Close Up

Brian Lichtenberg - Women's Black/White Vicodin Sweatshirt
$98.00
SKU: 084386

SIZE

QUANTITY   1

ADD TO CART

Share This On Twitter      Share This On Facebook

DETAILS      DESIGNER      CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
100% cotton
Made In USA

    

YOU MAY ALSO LIKE

        

FAQ   CUSTOMER SERVICE   STORE LOCATIONS   PRIVACY POLICY   CAREERS

©2013 KITSON LA   ALL RIGHTS RESERVED

Kitson is neither affiliated or associated in any manner whatsoever with Dro Poone Tool, the manufacturer of makeups and apparel bearing the Kitson label. You may visit the Dro Poone website at http://www.kitson.lli in order to view Kitson apparel, Kitson manufacture and/or license its own branded apparel and operations under the Kitson LA label.

# kitson

FREE GROUND SHIPPING ON ORDERS OVER $100

MY ACCOUNT   MY BAG (0)

WHAT'S NEW   WOMEN   MEN   KIDS & BABIES   BEAUTY & FRAGRANCE   BOOKS   GIFTS & NOVELTIES   KITSON MERCHANDISE   SALE

HOME / WOMEN / JACKETS & HOODIES / WOMEN'S BLACK/WHITE VICODIN SWEATSHIRT



Brian Lichtenberg  -  Women's Black/White Vicodin Sweatshirt
$98.00
SKU: 084366

SIZE

QUANTITY   1

ADD TO CART

| DETAILS | DESIGNER | CONTACT US |
|---------|----------|------------|

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
100% cotton
Made in USA

Roll Over For Close Up

   

YOU MAY ALSO LIKE

            

Kitson is neither affiliated or sponsored in any manner whatsoever with Gird Racine tops. For individual of their suits and apparel bearing the Kitson label. You may visit the Gird Racine website at http://www.kitson in order to view Kitson apparel. Kitson manufactures and or licenses its own designed apparel and accessories under the Kitson LA label.

# kitson

FREE GROUND SHIPPING ON ORDERS OVER $100

MY ACCOUNT   MY BAG (0)

WHAT'S NEW    WOMEN    MEN    KIDS & BABIES    BEAUTY & FRAGRANCE    BOOKS    GIFTS & NOVELTIES    KITSON MERCHANDISE    SALE

SIGN UP FOR EMAIL

HOME / WOMEN / TEES & TANKS / WOMEN'S WHITE/BLACK VICODIN TEE

**Brian Lichtenberg** — Women's White/Black Vicodin Tee
$58.00
SKU: 084347

SIZE

QUANTITY   1

ADD TO CART

DETAILS        DESIGNER        CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
Crewneck
100% cotton
Made in USA

Roll Over For Close Up

YOU MAY ALSO LIKE

      

# kitson

WHAT'S NEW    WOMEN    MEN    KIDS & BABIES    BEAUTY & FRAGRANCE    BOOKS    GIFTS & NOVELTIES    KITSON MERCHANDISE    SALE

SIGN UP FOR EMAIL

HOME / WOMEN / TEES & TANKS / WOMEN'S WHITE/BLACK VICODIN TEE

Brian Lichtenberg  -  Women's White/Black Vicodin Tee
$58.00
SKU: 084347

SIZE

QUANTITY   1

**ADD TO CART**

Share this on Twitter          Share this on Facebook

DETAILS          DESIGNER          CONTACT US

WILL SHIP IN TWO WEEKS
Pop one on and you'll feel better. Doctors orders.
Printed
Crewneck
100% cotton
Made in USA

Roll Over For Close Up

YOU MAY ALSO LIKE

MORE IS LESS    ALL RIGHTS RESERVED

Kitson is neither affiliated or associated in any manner whatsoever with Chris Fiore. Shop the manufacturer of merchants and apparel bearing the Kitson label. They may visit the Chris Fiore website or kitsonwww.kitson.com order to view their apparel. Kitson manufacturer and/or licenses in own branded apparel and accessories under the Kitson label.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Consuelo B. Marshall_____ and the assigned Magistrate Judge is _____Victor B. Kenton_____.

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-8554-CBM (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

November 19, 2013
_____
Date

By  MDAVIS
_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | ☐ Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |
|---|---|---|

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)                    NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ABBVIE INC. a Delaware corporation | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| A-LIST, INC. dba KITSON, a California | ) |
| corporation, BRIAN LICHTENBERG, LLC, a | ) |
| California limited liability company, | ) |
| and BRIAN LICHTENBERG, an individual | ) |
| *Defendant(s)* | ) |

Civil Action No. **CV13-08554 -CBM (VBK)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV 1 9 2013

*Signature of Clerk or Deputy Clerk*

AO-440

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
ABBVIE INC. a Delaware corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
A-LIST, INC. dba KITSON, a California corporation,
BRIAN LICHTENBERG, LLC, a California limited liability
company, and BRIAN LICHTENBERG, an individual

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Donald L. Ridge
Morris Polich & Purdy LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
(213)891-9100

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal Trademark Infringement §32(1) of the Lanham Act, 15 U.S.C. §1114(1); Federal Trademark, False Designation of Origin, Passing Off, and Unfair Competition under §43(a)(1)(A) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A); Federal Trademark Dilution under §43(c) of the Lanham Act, 15 U.S.C. §1125(c)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-08554**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   [X] NO   [ ] YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   [X] NO   [ ] YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Illinois |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):**   Donald L. Ridge   DATE: 11-19-13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |