**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Matthew B. O'Hanlon (SBN 253648)
matthew.ohanlon@klgates.com

Attorneys for The Partnership for a Drug-Free America, Inc. d/b/a The Partnership at DrugFree.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBVIE, INC. a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A-LIST, INC. dba KITSON, a California corporation, BRIAN LICHTENBERG, LLC, a California limited liability company, and BRIAN LICHTENBERG, an individual,<br><br>　　　　Defendants. | Case No.: CV13-08554-CBM (VBKx)<br><br>**NOTICE OF MOTION AND MOTION OF PARTNERSHIP FOR A DRUG FREE AMERICA, INC. FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Date:　　　January 7, 2014<br>Time:　　　10:00 a.m.<br>Courtroom:　2 - 2nd Floor<br><br>Assigned to Hon. Consuelo B. Marshall |

**MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 7, 2014 at 10 a.m., or as soon thereafter as counsel may be heard, in Courtroom 2 of the above-entitled court located at 312 North Spring Street, Los Angeles, California, 90012, proposed *amicus curiae* The Partnership for a Drug-Free America, Inc., d/b/a The Partnership at Drugfree.org ("The Partnership"), a New York not-for-profit corporation, shall and hereby does respectfully move this Court for an order granting The Partnership leave to participate as *amicus curiae* in the briefing conducted on the pending motion for a preliminary injunction brought by AbbVie, Inc. and in any later merits briefing in this case.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3 on December 2, 2013.

This Motion is based on this Notice of Motion and the accompanying Memorandum of Points and Authorities. The Partnership's proposed *Amicus Curiae* Brief in Support of AbbVie's Motion for a Preliminary Injunction is attached hereto as Exhibit 1.

K&L GATES LLP

Dated:  December 9, 2013     By: /s/ *Matthew B. O'Hanlon*
Matthew B. O'Hanlon
matthew.ohanlon@klgates.com
Attorneys for The Partnership for a
Drug-Free America, Inc. d/b/a The
Partnership at DrugFree.org

1
**MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

# MEMORANDUM OF POINTS AND AUTHORITIES

Partnership for a Drug-Free America, Inc. d/b/a The Partnership at Drugfree.org ("The Partnership") requests the Court's permission to file an *amicus curiae* brief in support of Plaintiff AbbVie, Inc.'s ("AbbVie") motion for a preliminary injunction and to participate in any later merits briefing in the case.

## I. BACKGROUND ON THE PARTNERSHIP FOR A DRUG FREE AMERICA, INC.

The Partnership is a leading non-profit organization that has been at the forefront of helping parents and the public understand and get help for teen drug and alcohol addiction since the mid-1980s. It's vision: a world where all young people will be able to live their lives free of drug and alcohol abuse.

For decades, The Partnership has harnessed the power of the media, coupled with compelling research-based consumer advertising, to turn the tide on drug abuse trends. Initially focused on fighting such dangerous illegal drugs as heroin, methamphetamine, and cocaine, The Partnership has in recent years expanded its work to include prescription drug abuse and underage drinking.

In addition to its award-winning public service announcements, The Partnership has developed science-based, online resources promoted to parents, caregivers, and community stakeholders. With grants from the U.S. Departments of Justice and Health and Human Services, The Partnership offers community education programs that take parent education to the grassroots level. It also offers a Parents Toll-Free Helpline (855-DRUGFREE) for caregivers and community stakeholders who want to talk to someone about their child's drug abuse and drinking. Further, along with 18 corporate partners, seven federal agency partners, and nearly eighty nonprofit partners, The Partnership recently launched The Medicine Abuse Project, an awareness and action campaign aimed at reducing the number of teens abusing medicine by half a million over the next five years. In the

interest of full disclosure, AbbVie is one of the corporate partners that contributes unrestricted funding to The Medicine Abuse Project.

The Medicine Abuse Project is a first-of-its-kind public awareness and action campaign that kicked off the week of September 23 to 29, 2012. The campaign addresses the most significant drug problem facing the United States today, one which the Centers for Disease Control and Prevention has classified as an epidemic. The Medicine Abuse Project encourages parents and the public to take action: first, by talking with their kids about the dangers of abusing prescription and over-the-counter medicines, and second, by safeguarding and properly disposing of unused medications.

The Partnership has made a five-year commitment to this effort with the goal of preventing at least 500,000 teens and young adults from abusing medicines while advancing intervention, helpline and treatment resources to help those who have already begun to abuse these products. Further, The Medicine Abuse Project has enlisted key constituents including parents, healthcare professionals, educators and community leaders, and assembled science-based content targeted to each of these constituencies, enabling them to play a role in ending the epidemic of medicine abuse.

Through The Partnership's longstanding relationships with the advertising industry and the media, a key element of The Medicine Abuse Project launch was a concentration of powerful public service advertising focused on the tragic impact of medicine abuse on real families. These messages called parents and all concerned citizens to action, encouraging them to visit The Medicine Abuse Project site to find out how they could help end the epidemic at www.drugfree.org/medicineabuse.

II. **THE PARTNERSHIP'S PARTICIPATION AS AMICUS CURIAE WILL AID THE COURT AND IS THUS APPROPRIATE HERE**

"An amicus curiae is not a party to litigation." *Miller-Wohl Co. v. Comm'r of Labor and Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). The "classic role of amicus

2
**MEMORANDUM OF POINTS AND AUTHORITIES**

curiae" is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Id*. Moreover, "there is no rule that amici must be totally disinterested." *Funbus Sys., Inc. v. State of Ca. Pub. Util. Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986).

It is well-settled that a trial court may, in the exercise of its discretion, permit the filing of an *amicus curiae* brief." *Warehouse Restaurant, Inc. v. Customs House Restaurant, Inc.*, 1982 U.S. Dist. LEXIS 17556, at *7 (N.D. Cal. Oct. 4, 1982). Courts in this Circuit grant permission to file an *amicus curiae* brief in support (or opposition) of a motion for a preliminary injunction when such brief may aid the Court's analysis. *See, e.g., Am. Trucking Assn'ns, Inc. v. City of Los Angeles*, 2008 WL 4381644, at *2 (C.D. Cal. Sept. 4, 2008) (allowing an *amicus curiae* brief in support of the plaintiff's motion for a preliminary injunction because the brief "may be of assistance to the Court"); *California Trout, Inc. v. Bureau of Reclamation*, 2:09-CV-00312, Dkt. #51 (C.D. Cal. Feb. 10, 2009) (permitting to file an *amicus curiae* brief in opposition to motion for a preliminary injunction); *Int'l Society of Krishna Consciousness of Ca., Inc. v. City of Los Angeles*, 966 F. Supp. 956, 957 (C.D. Cal. 1997) (granting motion for a preliminary injunction based on the parties' and *amicus* submissions).

Here, The Partnership fulfills the function of "friend of the court" and will aid the Court in resolving AbbVie's motion for a preliminary injunction and later merits of the case by providing background and information on the scourge that is abuse of prescription drugs. As the leading national voice on drug abuse prevention and intervention matters, particularly in relation to the abuse of prescription medications, The Partnership can highlight for the Court the real damage inflicted on today's youth by means of jerseys that normalize prescription drug abuse. In September 2012, The Partnership led the effort to launch The Medicine Abuse Project, a five year awareness and action campaign aimed at reducing the number of teens abusing prescription drugs and over-the-counter cough products by half-a-million in five

3
**MEMORANDUM OF POINTS AND AUTHORITIES**

years. The Partnership was joined in this effort by 18 corporate partners, nearly 80 fellow nonprofits, and seven federal agencies including the Office of National Drug Control Policy, the Drug Enforcement Administration, the National Institute on Drug Abuse, the Food and Drug Administration, the Bureau of Justice Assistance, the Centers for Disease Control and Prevention and the United States Attorneys. With *amicus* submissions from The Partnership, the Court will have access to the most current statistical demonstrations of the damage that abuse of prescription drugs can inflict.

### III.  CONCLUSION

For reasons and authorities above, The Partnership asks that this Court grant its motion to appear as *amicus curiae* and to file the *Amicus Curiae* Brief in Support of AbbVie's Motion for a Preliminary Injunction, attached as Exhibit 1.

K&L GATES LLP

Dated: December 9, 2013      By: /s/ *Matthew B. O'Hanlon*
Matthew B. O'Hanlon
matthew.ohanlon@klgates.com
Attorneys for The Partnership for a Drug-Free America, Inc. d/b/a The Partnership at DrugFree.org

4
**MEMORANDUM OF POINTS AND AUTHORITIES**