**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Matthew B. O'Hanlon (SBN 253648)
matthew.ohanlon@klgates.com

Attorneys for The Partnership for a Drug-Free America, Inc. d/b/a The Partnership at DrugFree.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBVIE, INC. a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>A-LIST, INC. dba KITSON, a California corporation, BRIAN LICHTENBERG, LLC, a California limited liability company, and BRIAN LICHTENBERG, an individual,<br><br>    Defendants. | Case No.: CV13-08554-CBM (VBKx)<br><br>**PARTNERSHIP FOR A DRUG FREE AMERICA, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**<br><br>Assigned to Hon. Consuelo B. Marshall |

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, proposed *amicus curiae* The Partnership for a Drug-Free America, Inc., d/b/a The Partnership at Drugfree.org ("The Partnership"), files this Certification and Notice of Interested Parties in the above-captioned matter.

The undersigned, counsel of record for The Partnership, believes that the following listed parties have a direct, pecuniary interest in the outcome of this case within the meaning of Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) ABBVIE, INC., Plaintiff; and

2) A-LIST, INC. dba KITSON; BRIAN LICHTENBERG, LLC; and BRIAN LICHTENBERG, Defendants.

The Partnership is a New York not-for-profit corporation with no parent corporation. No corporation or entity owns 10 percent or more interest in The Partnership.

Pursuant to Local Rule 7.1–1, The Partnership will update this Certification and Notice of Interested Parties should any material change in the status of interested parties occur.

K&L GATES LLP

Dated: December 9, 2013      By: /s/ *Matthew B. O'Hanlon*
Matthew B. O'Hanlon
matthew.ohanlon@klgates.com
Attorneys for The Partnership for a Drug-Free America, Inc. d/b/a The Partnership at DrugFree.org

1
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**