NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
ROD S. BERMAN (Bar No. 105444); JEFFREY D. GOLDMAN
(Bar No. 155589); ELIZABETH A. CULLEY (Bar No. 258250)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 203-8080
(310) 203-0567

ATTORNEY(S) FOR: DEFENDANTS A-LIST, INC. dba KITSON; BRIAN LICHTENBERG, LLC and BRIAN LICHTENBERG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBVIE, INC.<br><br>Plaintiff(s),<br>v.<br>A-LIST, INC. dba KITSON; BRIAN LICHTENBERG, LLC; and BRIAN LICHTENBERG<br><br>Defendant(s) | CASE NUMBER:<br>CV13-08554<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  A-LIST, INC. dba KITSON; BRIAN LICHTENBERG, LLC and BRIAN LICHTENBERG
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| A-List, Inc. dba Kitson | Defendant and Counterclaimant |
| Brian Lichtenberg, LLC | Defendant and Counterclaimant |
| Brian Lichtenberg | Defendant |

December 11, 2013                    /s/ ROD S. BERMAN
Date                                 Signature
                                     ROD S. BERMAN
                                     Attorney of record for (or name of party appearing in pro per):
                                     A-LIST, INC. dba KITSON; BRIAN LICHTENBERG, LLC and BRIAN LICHTENBERG