Donald L. Ridge (SBN 132171)
**MORRIS, POLICH & PURDY LLP**                    **JS-6**
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
*Email:  dridge@mpplaw.com*

Douglas A. Rettew (*Pro Hac Vice*)
Mark Sommers (*Pro Hac Vice*)
Anna Balishina Naydonov (*Pro Hac Vice*)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 408.4000
Facsimile:  (202) 408.4400
*Email:  doug.rettew@finnegan.com*
*Email:  mark.sommers@finnegan.com*
*Email:  anna.naydonov@finnegan.com*

Nathan Siegel (*Pro Hac Vice*)
**LEVINE SULLIVAN KOCH & SCHULZ, LLP**
1899 L Street, NW, Suite 200
Washington, DC 20036
(202) 508-1184
(202) 861-9888

Attorneys for AbbVie Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBVIE INC. a Delaware corporation, | CASE No.: CV-13-08554-CBM-VBK |
| Plaintiff, | Hon. Consuelo B. Marshall |
| v. | **ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2) and (c)** |
| A-LIST, INC. dba KITSON, a California corporation, BRIAN LICHTENBERG, LLC, a California limited liability company, and BRIAN LICHTENBERG, an individual, | Date:  None Time: None set Courtroom: Hon. Consuelo B. Marshall |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The matter came before this Court on the parties' Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(2) and (c).  **IT IS HEREBY ORDERED** that, in view of the parties' settlement of this dispute, the request to dismiss all claims and counterclaims is **GRANTED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 19, 2014

_____
The Honorable Consuelo Marshall
U.S. District Court Judge

Submitted by:

**MORRIS POLICH & PURDY LLP**

By: _____
            /s/
        Donald L. Ridge

Attorneys for AbbVie Inc.